# Levine Kellogg Lehman Schneider + Grossman LLP

Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131
Tax ID No. 27-1712833

Tax I.D.: 27-1712833

Perland Title & Escrow Corp
C/O Judith M. Peraza
9100 S. Dadeland Blvd., Suite 500
Miami, FL 33156

March 1, 2023
Bill # 35961

Re:     15543-002
        Autonomy Investment

## Professional Fees

|          | Atty | Description                                                                                                                             | Hours | Amount |
|----------|------|-----------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 02/03/23 | EP   | Emails to and from Judy Peraza regarding possible interpleader; Review real estate contract and addendums; Review federal lawsuit by Buyer and Seller and pleadings filed in same | 1.50  | 525.00 |
| 02/06/23 | EP   | Commence draft of proposed Complaint for Interpleader; Review documents forwarded by client | 1.50  | 525.00 |
| 02/08/23 | EP   | Email to Peraza regarding proposed strategy;                                             | 0.20  | 70.00  |
| 02/17/23 | EP   | Continued preparation of Complaint for Interpleader and prepare exhibits to same; Draft Summonses; Email to client regarding draft complaint; | 1.20  | 420.00 |
| 02/21/23 | EP   | Email to client regarding proposed Complaint                                            | 0.10  | 35.00  |
| 02/27/23 | EP   | Email from and to client regarding Complaint; Prepare Complaint for filing            | 0.20  | 70.00  |
| 02/28/23 | EP   | Prepare Summonses for Issuance                                                           | 0.10  | 35.00  |

## Fee Summary

| Name            | Hours | Amount     |
|-----------------|-------|------------|
| Ellen Patterson | 4.80  | 1,680.00   |
| Total Fees      | 4.80  | $1,680.00  |

Client Ref:     15543 - 002                                                 March 1, 2023
Bill # 35961                                                                      Page 2

Current Bill Total Amount Due                                              $1,680.00

# Please return this page with remittance

to
Levine Kellogg Lehman Schneider + Grossman LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131

Bill #            35961
Bill Date:        March 1, 2023
Client Code:      15543
Matter Code:      002
Matter Name:      Autonomy Investment

Current Bill Total Amount Due                    $1,680.00

Amount enclosed: _____

# Levine Kellogg Lehman Schneider + Grossman LLP

Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131
Tax ID No. 27-1712833

---

Tax I.D.: 27-1712833

Perland Title & Escrow Corp
C/O Judith M. Peraza
9100 S. Dadeland Blvd., Suite 500
Miami, FL 33156

April 1, 2023
Bill # 36194

Re:     15543-002
        Autonomy Investment

## Professional Fees

|          | Atty | Description | Hours | Amount |
|----------|------|-------------|-------|--------|
| 03/06/23 | EP | Prepare complaint for service and communicate with process server | 0.10 | 35.00 |
| 03/13/23 | EP | Email from and to process server regarding attempts to serve Authonomy; Draft proposed Acceptance of Service on behalf of Authonomy; Email to Kevin Chase, Esq. regarding same; | 0.30 | 105.00 |
| 03/13/23 | EP | Review Return of Service for Defendant, Ulla Holding | 0.10 | 35.00 |
| 03/15/23 | EP | Emails from and to Mr. Chase regarding interpleader and proposed Acceptance of Service | 0.10 | 35.00 |
| 03/16/23 | EP | Additional emails from and to Mr. Chase regarding Interpleader | 0.10 | 35.00 |
| 03/22/23 | EP | Email to Kevin Chase, Esq., following-up regarding Acceptance of Service | 0.10 | 35.00 |
| 03/29/23 | EP | Email from and to Kevin Chase, Esq. regarding proposed Acceptance of Service for Autonomy | 0.10 | 35.00 |

## Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Ellen Patterson | 0.90 | 315.00 |
| Total Fees | 0.90 | $315.00 |

## Costs

| Expenses | Amount |
|----------|--------|

Client Ref:     15543 - 002

April 1, 2023

Bill # 36194

Page 2

Costs

| Expenses | Amount |
|---|---|
| Filing Fee | 431.00 |
| Service of Process | 130.00 |
| Total Costs | $561.00 |

| | |
|---|---|
| Current Bill Total Amount Due | $876.00 |
| Past Due Amount | $1,680.00 |
| Total Balance Due | $2,556.00 |

# Please return this page with remittance

to
Levine Kellogg Lehman Schneider + Grossman LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131

Bill #            36194
Bill Date:        April 1, 2023
Client Code:      15543
Matter Code:      002
Matter Name:      Autonomy Investment

|                                | |
| ------------------------------ | ---------: |
| Current Bill Total Amount Due  | $876.00 |
| Past Due Amount                | $1,680.00 |
| Total Balance Due              | $2,556.00 |

Amount enclosed: _____

# Levine Kellogg Lehman Schneider + Grossman LLP

Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131
Tax ID No. 27-1712833

Tax I.D.: 27-1712833

Perland Title & Escrow Corp
C/O Judith M. Peraza
9100 S. Dadeland Blvd., Suite 500
Miami, FL 33156

May 1, 2023
Bill # 36386

Re:     15543-002
        Autonomy Investment

## Professional Fees

|         | Atty | Description                                                                                                                              | Hours | Amount |
|---------|------|------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 04/12/23 | EP   | Email to Kenneth Chase, Esq. regarding pending response from Autonomy                                                                     | 0.10  | 35.00  |
| 04/17/23 | EP   | Review Autonomy's Notice of State Court Removal                                                                                           | 0.10  | 35.00  |
| 04/24/23 | EP   | Commence preparation of proposed Motion to Deposit Funds                                                                                  | 1.00  | 350.00 |
| 04/24/23 | EP   | Review Answer, Affirmative Defenses and Crossclaim filed by Autonomy                                                                      | 0.10  | 35.00  |
| 04/25/23 | EP   | Review email from Chase regarding removal to federal court; Draft and file Notice of Appearance on behalf of Perland Title; Draft Notice of Change of Address | 0.30  | 105.00 |

## Fee Summary

| Name             | Hours | Amount  |
|------------------|-------|---------|
| Ellen Patterson  | 1.60  | 560.00  |
| Total Fees       | 1.60  | $560.00 |

## Costs

| Expenses    | Amount |
|-------------|--------|
| Postage     | 2.40   |
| Total Costs | $2.40  |

Client Ref:     15543 - 002
Bill # 36386

May 1, 2023
Page 2

Current Bill Total Amount Due                                    $562.40

Past Due Amount                                                $2,556.00

Total Balance Due                                              $3,118.40

# Please return this page with remittance

to
Levine Kellogg Lehman Schneider + Grossman LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131

Bill #            36386
Bill Date:        May 1, 2023
Client Code:      15543
Matter Code:      002
Matter Name:      Autonomy Investment

| | |
|---|---|
| Current Bill Total Amount Due | $562.40 |
| Past Due Amount | $2,556.00 |
| Total Balance Due | $3,118.40 |

Amount enclosed: _____

# Levine Kellogg Lehman Schneider + Grossman LLP

Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131
Tax ID No. 27-1712833

Tax I.D.: 27-1712833

Perland Title & Escrow Corp
C/O Judith M. Peraza
9100 S. Dadeland Blvd., Suite 500
Miami, FL 33156

June 1, 2023
Bill # 36631

Re:      15543-002
Autonomy Investment

## Professional Fees

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/23 | EP | Review Order entered sua sponte by Court referring case to Magistrate Judge | 0.10 | 35.00 |
| 05/11/23 | EP | Review status report filed by Autonomy; Review Notice of Order referring case to Magistrate; Review Autonomy's Motion for Extension to file Declaration of Citizenship; Review Affidavit filed by Autonomy; | 0.10 | 35.00 |
| 05/12/23 | EP | Review Order entered by Court, denying Autonomy's Motion for Extension as moot | 0.10 | 35.00 |
| 05/12/23 | EP | Review and revise proposed Joint Scheduling Report; Email from and to Brian Fell regarding same; | 0.30 | 105.00 |
| 05/15/23 | EP | Review Joint Scheduling Report filed with the Court | 0.10 | 35.00 |
| 05/19/23 | EP | Emails from and to client regarding status of litigation | 0.20 | 70.00 |
| 05/19/23 | EP | Review Court's Order directing Clerk to issue default against Ulla | 0.10 | 35.00 |
| 05/22/23 | EP | Review Notice from Corporate Service regarding inability to forward serviced to Ulla; Email to client regarding same | 0.10 | 35.00 |
| 05/22/23 | EP | Review Default entered by Clerk against Ulla | 0.10 | 35.00 |
| 05/24/23 | EP | Commence draft of initial disclosures | 0.50 | 175.00 |
| 05/25/23 | EP | Continued preparation of initial disclosures | 0.50 | 175.00 |
| 05/25/23 | EP | Review additional contact information for Ulla | 0.10 | 35.00 |

Client Ref:    15543 - 002
Bill # 36631

June 1, 2023
Page 2

## Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Ellen Patterson | 2.30 | 805.00 |
| Total Fees | 2.30 | $805.00 |

## Costs

| Expenses | Amount |
|----------|--------|
| Service of Process | 45.00 |
| Title Insurance | 20.00 |
| Total Costs | $65.00 |

| | |
|---|---|
| Current Bill Total Amount Due | $870.00 |
| Past Due Amount | $3,118.40 |
| Total Balance Due | $3,988.40 |

# Please return this page with remittance

to
Levine Kellogg Lehman Schneider + Grossman LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131

Bill #             36631
Bill Date:        June 1, 2023
Client Code:      15543
Matter Code:      002
Matter Name:      Autonomy Investment

| | |
|---|---|
| Current Bill Total Amount Due | $870.00 |
| Past Due Amount | $3,118.40 |
| Total Balance Due | $3,988.40 |

Amount enclosed: _____

# Levine Kellogg Lehman Schneider + Grossman LLP

Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131
Tax ID No. 27-1712833

Tax I.D.: 27-1712833

Perland Title & Escrow Corp
C/O Judith M. Peraza
9100 S. Dadeland Blvd., Suite 500
Miami, FL 33156

July 1, 2023
Bill # 36994

Re:     15543-002
        Autonomy Investment

## Professional Fees

|         | Atty | Description | Hours | Amount |
|---------|------|-------------|-------|--------|
| 06/05/23 | EP | Review Scheduling Order entered by Court; Email to client regarding order setting trial | 0.20 | 70.00 |
| 06/12/23 | EP | Email from and to client regarding status | 0.10 | 35.00 |
| 06/16/23 | EP | Review Autonomy's List of Fact Witnesses; Email from and to Autonomy's counsel regarding same | 0.20 | 70.00 |
| 06/21/23 | EP | Review updated notice from CSC regarding service of Ulla; Draft Motion for Extension to serve Ulla; | 0.40 | 140.00 |
| 06/29/23 | EP | Research and review case law in support of Motion for Summary Judgment of Interpleader | 1.00 | 350.00 |
| 06/29/23 | EP | Email to and from opposing counsel for Autonomy, Kenneth Chase, Esq., regarding possible joint motion to dispose of mediation and intent to move to deposit funds in registry | 0.20 | 70.00 |
| 06/29/23 | JL | Review and analyze all filings in the case in order to prepare a motion for summary judgment on interpleader order. | 1.50 | 525.00 |
| 06/29/23 | JL | Research, review and analyze case law regarding the federal interpleader statute 28 US 1335 and the Federal Rule of Civil Procedure 22. | 1.20 | 420.00 |
| 06/29/23 | JL | Begin to draft motion for summary judgment. | 1.90 | 665.00 |
| 06/30/23 | EP | Review email from Chase regarding his intent to file Rule 11 Motion; Emails to client regarding same and attempts to contact Ulla; Commence revisions to proposed Motion for Summary Judgment; | 1.40 | 490.00 |
| 06/30/23 | EP | Review Order entered granting Motion for Extension to Serve Ulla | 0.10 | 35.00 |

Client Ref:    15543 - 002                                                       July 1, 2023
Bill # 36994                                                                        Page 2

## Professional Fees

|          | Atty | Description                                                                                          | Hours | Amount |
|----------|------|------------------------------------------------------------------------------------------------------|-------|--------|
| 06/30/23 | EP   | Review emails between client and Ulla                                                                 | 0.20  | 70.00  |
| 06/30/23 | JL   | Review and analyze all the filings in the 2021 case and draft statement of material facts as required by Rule 56.1. | 1.70  | 595.00 |
| 06/30/23 | JL   | Edit, proofread and finalize statement of material facts as required by Rule 56.1.                    | 0.80  | 280.00 |
| 06/30/23 | JL   | Continue to draft motion for summary judgment on interpleader.                                        | 1.30  | 455.00 |
| 06/30/23 | JL   | Edit, proofread and finalize draft motion for summary judgment on interpleader.                       | 0.90  | 315.00 |
| 06/30/23 | JL   | Draft emails to Delburgo regarding service of process.                                               | 0.30  | 105.00 |
| 06/30/23 | JL   | Draft email to Delburgo's former counsel regarding phone contact information for him.                 | 0.20  | 70.00  |
| 06/30/23 | JL   | Review and analyze client's communications with Delburgo.                                             | 0.30  | 105.00 |

## Fee Summary

| Name             | Hours | Amount    |
|------------------|-------|-----------|
| Ellen Patterson  | 3.80  | 1,330.00  |
| Jezabel Lima     | 10.10 | 3,535.00  |
| Total Fees       | 13.90 | $4,865.00 |

## Costs

| Expenses   | Amount |
|------------|--------|
| Postage    | 1.70   |
| Total Costs | $1.70 |

| Current Bill Total Amount Due | $4,866.70 |
|-------------------------------|-----------|
| Past Due Amount               | $3,988.40 |
| Total Balance Due             | $8,855.10 |

# Please return this page with remittance

to
Levine Kellogg Lehman Schneider + Grossman LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131

Bill #               36994
Bill Date:           July 1, 2023
Client Code:         15543
Matter Code:         002
Matter Name:         Autonomy Investment

| | |
|---|---|
| Current Bill Total Amount Due | $4,866.70 |
| Past Due Amount | $3,988.40 |
| Total Balance Due | $8,855.10 |

Amount enclosed: _____

# Levine Kellogg Lehman Schneider + Grossman LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131
Tax ID No. 27-1712833

Tax I.D.: 27-1712833

---

Perland Title & Escrow Corp
C/O Judith M. Peraza
9100 S. Dadeland Blvd., Suite 500
Miami, FL 33156

August 1, 2023
Bill # 37154

Re:    15543-002
Autonomy Investment

## Professional Fees

|  | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/03/23 | EP | Email from client regarding contact for Del Burgo | 0.10 | 35.00 |
| 07/03/23 | EP | Review and revise proposed Statement of Facts in Support of Motion for Summary Judgment of Interpleader; Review and revise proposed Motion for Summary Judgment of Interpleader | 0.60 | 210.00 |
| 07/03/23 | EP | Draft email correspondence to client regarding proposed Motion for Summary Judgment and Statement of Facts | 0.10 | 35.00 |
| 07/03/23 | JL | Communicate with Jaime Del Burgo regarding service of process over Ulla Holding. | 0.30 | 105.00 |
| 07/05/23 | EP | Emails to and from opposing counsel regarding court ordered mediation; Telephone conference with client; Draft proposed Order of mediation; | 0.40 | 140.00 |
| 07/05/23 | EP | Review Order Striking Joint Notice of Mediator Selection; Email to Joe Huss, Esq. regarding same; Draft Motion for Leave to Select Uncertified Mediator; Emails to and from client regarding status of litigation | 0.70 | 245.00 |
| 07/05/23 | EP | Review prior email correspondence from Del Burgo to Perland Title; Additional emails with opposing counsel regarding mediation; | 0.20 | 70.00 |
| 07/05/23 | JL | Prepare notice of mediation. | 0.10 | 35.00 |
| 07/05/23 | JL | Draft email to process server (Carlos) regarding investigation into Jaime Del Burgo's whereabouts. | 0.20 | 70.00 |
| 07/06/23 | JL | Final proofread, edit, and finalization of Motion for Summary Judgment. | 0.30 | 105.00 |

Client Ref:      15543 - 002                                                                    August 1, 2023
Bill # 37154                                                                                             Page 2

Professional Fees

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/06/23 | JL | Compile all exhibits to the Statement of Materials Facts. | 0.50 | 175.00 |
| 07/06/23 | JL | Final proofread, edit, and finalization of Statement of Materials Facts for efiling. | 0.30 | 105.00 |
| 07/06/23 | JL | Continue to communicate with Jaime Del Burgo regarding service of process over Ulla Holding. | 0.30 | 105.00 |
| 07/10/23 | EP | Review correspondence from process server regarding skip trace on Ulla Holding | 0.10 | 35.00 |
| 07/12/23 | KAG | Research whether service of process pursuant to state law is valid in federal court and research the steps necessary to comport with Florida Statute 48.161. | 2.00 | 400.00 |
| 07/12/23 | EP | Review proposed and issued summons on Autonomy's Crossclaim against Ulla | 0.10 | 35.00 |
| 07/14/23 | KAG | Research sufficiency of allegations for concealment of whereabouts for the purposes of substitution of process | 1.00 | 200.00 |
| 07/14/23 | EP | Review and revise proposed Motion for Leave to Amend and proposed Amended Complaint | 0.40 | 140.00 |
| 07/14/23 | JL | Draft additional correspondence to del Burgo regarding service of process on Ulla and review his response. | 0.40 | 140.00 |
| 07/14/23 | JL | Draft motion for leave to amend to include allegations of evasion of service by Ulla/del Burgo. | 2.20 | 770.00 |
| 07/14/23 | JL | Draft proposed allegations to include in amended complaint. | 0.60 | 210.00 |
| 07/17/23 | EP | Email from and to Lisa from Huss' office regarding status of mediation | 0.10 | 35.00 |
| 07/17/23 | JL | Compile exhibits for motion for leave to amend. | 0.30 | 105.00 |
| 07/18/23 | EP | Prepare Motion for Leave and proposed Amended Complaint for filing | 0.10 | 35.00 |
| 07/19/23 | EP | Email to and from Kenneth Chase, Esq., regarding Motion for Leave to Amend Complaint | 0.20 | 70.00 |
| 07/19/23 | EP | Review email communications between Ms. Lima and Mr. Del Burgo | 0.10 | 35.00 |
| 07/20/23 | JL | Compile all emails exchanged with Jaime Del Burgo. | 0.30 | 105.00 |
| 07/20/23 | EP | Review notice from CSC | 0.10 | 35.00 |

Client Ref:     15543 - 002
Bill # 37154

August 1, 2023
Page 3

Professional Fees

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/20/23 | EP | Review Autonomy's Statement of Facts | 0.10 | 35.00 |
| 07/24/23 | JL | Review and analyze Autonomy's Response in Opposition to Perland's Motion for Summary Judgment and draft outline of points to rebut. | 0.70 | 245.00 |
| 07/24/23 | JL | Review, analyze and distinguish case law cited in Autonomy's Response in Opposition to Perland's Motion for Summary Judgment. | 2.20 | 770.00 |
| 07/24/23 | JL | Draft Reply in Support of Perland's Motion for Summary Judgment. | 1.20 | 420.00 |
| 07/24/23 | JL | Edit, proofread and finalize Reply. | 0.30 | 105.00 |
| 07/24/23 | JL | Review and analyze Autonomy's Response to Perland's Statement of Material Facts. | 0.40 | 140.00 |
| 07/24/23 | JL | Draft Reply to Autonomy's Response to Perland's Statement of Material Facts. | 1.20 | 420.00 |
| 07/24/23 | JL | Edit, proofread and finalize Reply to Autonomy's Response to Perland's Statement of Material Facts. | 0.30 | 105.00 |
| 07/24/23 | EP | Review and revise proposed Reply to Autonomy's Response in Opposition to Summary Judgment of Interpleader | 0.80 | 280.00 |
| 07/24/23 | EP | Review and revise Reply to Autonomy's Statement of the Facts | 0.60 | 210.00 |
| 07/24/23 | EP | Draft final revisions to Response to Autonomy's Statement of the Facts | 0.10 | 35.00 |
| 07/31/23 | JL | Draft interrogatory responses to Autonomy's first set of interrogatories. | 1.80 | 630.00 |
| 07/31/23 | EP | Review Autonomy's Interrogatories to Perland Title; Review Autonomy's Request for Production to Perland Title; Email to client regarding same; | 0.50 | 175.00 |
| 07/31/23 | EP | Email to and from Mr. Chase regarding discovery requests | 0.10 | 35.00 |
| 07/31/23 | EP | Review and revise proposed Responses to Interrogatories | 0.70 | 245.00 |
| 07/31/23 | EP | Draft email correspondence to client regarding proposed Responses to Interrogatories | 0.20 | 70.00 |
| 07/31/23 | EP | Commence review and revisions to proposed Responses to Request for Production; Commence preparation of documents responsive to requests | 1.60 | 560.00 |

Client Ref:     15543 - 002
Bill # 37154

August 1, 2023
Page 4

## Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Ellen Patterson | 8.00 | 2,800.00 |
| Katelyn A. Garciga | 3.00 | 600.00 |
| Jezabel Lima | 13.90 | 4,865.00 |
| **Total Fees** | 24.90 | $8,265.00 |

## Costs

| Expenses | Amount |
|----------|--------|
| Westlaw Research | 128.98 |
| **Total Costs** | $128.98 |

| | |
|---|---|
| Current Bill Total Amount Due | $8,393.98 |
| Past Due Amount | $8,855.10 |
| Total Balance Due | $17,249.08 |

# Please return this page with remittance

to
Levine Kellogg Lehman Schneider + Grossman LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131

Bill #            37154
Bill Date:        August 1, 2023
Client Code:      15543
Matter Code:      002
Matter Name:      Autonomy Investment

| | |
|---|---|
| Current Bill Total Amount Due | $8,393.98 |
| Past Due Amount | $8,855.10 |
| Total Balance Due | $17,249.08 |

Amount enclosed: _____

## Levine Kellogg Lehman Schneider + Grossman LLP

Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131
Tax ID No. 27-1712833

Tax I.D.: 27-1712833

Perland Title & Escrow Corp
C/O Judith M. Peraza
9100 S. Dadeland Blvd., Suite 500
Miami, FL 33156

September 1, 2023
Bill # 39338

Re:     15543-002
        Autonomy Investment

### Professional Fees

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/23 | EP | Review Autonomy's First Request for Production to Perland Title; Review Autonomy's First Set of Interrogatories to Perland Title; Email to client regarding discovery requests | 0.50 | 175.00 |
| 08/01/23 | EP | Review and revise proposed Response to Autonomy's Request for Production | 0.40 | 140.00 |
| 08/01/23 | JL | Draft responses and objections to First Request for Production. | 1.30 | 455.00 |
| 08/02/23 | EP | Draft email correspondence to client regarding Responses to Autonomy's discovery requests | 0.30 | 105.00 |
| 08/03/23 | EP | Emails to and from client regarding document production | 0.30 | 105.00 |
| 08/04/23 | EP | Telephone conference with client regarding discovery requests | 0.30 | 105.00 |
| 08/07/23 | EP | Review Notice from CSC regarding inability to forward service | 0.10 | 35.00 |
| 08/08/23 | EP | Email to client regarding execution of Interrogatory responses | 0.10 | 35.00 |
| 08/09/23 | EP | Commence review of documents provided by client | 0.30 | 105.00 |
| 08/10/23 | EP | Commence revisions to Responses to Interrogatories | 0.20 | 70.00 |
| 08/28/23 | EP | Prepare and serve Response to Autonomy's Interrogatories; Prepare and serve Responses to Autonomy's Request for Production; | 0.40 | 140.00 |
| 08/29/23 | EP | Review Autonomy's Motion for Clerk Default against Ulla; Review E-Order of Default | 0.10 | 35.00 |

Client Ref:    15543 - 002                                    September 1, 2023
Bill # 39338                                                           Page 2

## Professional Fees

|        | Atty | Description | Hours | Amount |
|--------|------|-------------|-------|--------|
| 08/29/23 | EP | Review e-Order granting Motion to Appoint Joe Huss, Esq. as mediator; Emails to and from Huss' office to confirm mediation; Emails to and from opposing counsel and client regarding same; | 0.50 | 175.00 |
| 08/29/23 | EP | Emails from and to Kenneth Chase, Esq. regarding improper service on Ulla | 0.10 | 35.00 |
| 08/29/23 | EP | Emails from and to Chase regarding his request for evidence deposit remains in escrow; Telephone call and emails to client regarding same; | 0.30 | 105.00 |
| 08/29/23 | EP | Draft proposed Affidavit of Perland Title confirming deposit remains in escrow | 0.20 | 70.00 |
| 08/30/23 | EP | Emails to and from client regarding escrow deposit; Review escrow and bank statement from client regarding escrow deposit; Redact same; Emails to and from Chase regarding statements; | 0.70 | 245.00 |
| 08/31/23 | EP | Review Notice of Mediation prepared by Huss' office; prepare Notice of Entry of Parties to add mediator | 0.30 | 105.00 |
| 08/31/23 | EP | Email to and from Del Burgo regarding court ordered mediation | 0.10 | 35.00 |
| 08/31/23 | EP | Review Autonomy's Subpoena to City National; Emails to and from client regarding same; | 0.20 | 70.00 |

## Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Ellen Patterson | 5.40 | 1,890.00 |
| Jezabel Lima | 1.30 | 455.00 |
| Total Fees | 6.70 | $2,345.00 |

## Costs

| Expenses | Amount |
|----------|--------|
| Postage | 2.20 |
| Westlaw Research | 65.37 |
| Total Costs | $67.57 |

Client Ref:     15543 - 002
Bill # 39338

September 1, 2023
Page 3

| | |
|---|---|
| Current Bill Total Amount Due | $2,412.57 |
| Past Due Amount | $14,749.08 |
| Total Balance Due | $17,161.65 |

# Please return this page with remittance

to
Levine Kellogg Lehman Schneider + Grossman LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131

Bill #          39338
Bill Date:      September 1, 2023
Client Code:    15543
Matter Code:    002
Matter Name:    Autonomy Investment

| | |
|---|---|
| Current Bill Total Amount Due | $2,412.57 |
| Past Due Amount | $14,749.08 |
| Total Balance Due | $17,161.65 |

Amount enclosed: _____

# Levine Kellogg Lehman Schneider + Grossman LLP

Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131
Tax ID No. 27-1712833

---

Tax I.D.: 27-1712833

Perland Title & Escrow Corp
C/O Judith M. Peraza
9100 S. Dadeland Blvd., Suite 500
Miami, FL 33156

October 1, 2023
Bill # 39339

Re:    15543-002
       Autonomy Investment

## Professional Fees

|          | Atty | Description | Hours | Amount |
|----------|------|-------------|-------|--------|
| 09/01/23 | JL   | Draft, edit, proofread and finalize Motion for Protective Order regarding City National bank records. | 2.50 | 875.00 |
| 09/01/23 | EP   | Review from and to Del Burgo objecting to mediation; Email to and from Joss Huss' office regarding court ordered mediation; Review Affidavit executed by Perland Title regarding escrow deposit | 0.40 | 140.00 |
| 09/01/23 | EP   | Revise proposed Motion for Protective Order | 0.30 | 105.00 |
| 09/01/23 | EP   | Emails from and to Chantal Malebranche from City National Bank of Florida regarding subpoena served by Autonomy | 0.30 | 105.00 |
| 09/01/23 | EP   | Email to and from opposing counsel regarding subpoena to City National | 0.10 | 35.00 |
| 09/05/23 | EP   | Email from and to Chatal Malebranche regarding Motion for Protective Order | 0.20 | 70.00 |
| 09/06/23 | EP   | Review email correspondence from Malebranche confirming City National will not respond to supboena until parties agree or ruling by the court | 0.10 | 35.00 |
| 09/18/23 | EP   | Review notice from CSC regarding inability to forward service to Ulla | 0.10 | 35.00 |
| 09/18/23 | EP   | Emails from and to client in preparation for mediation | 0.30 | 105.00 |
| 09/19/23 | EP   | Review email from counsel for Autonomy regarding request for extension to respond to Motion to Quash and/or for Protective Order | 0.10 | 35.00 |
| 09/19/23 | EP   | Review Autonomy's Motion for Extension to file response to Motion for Protective Order | 0.10 | 35.00 |

Client Ref:     15543 - 002                                              October 1, 2023
Bill # 39339                                                                    Page 2

### Professional Fees

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/20/23 | JL | Draft detailed email to Judge Reid pursuant to discovery order. | 0.70 | 245.00 |
| 09/20/23 | JL | Review multiple emails to and from Kenneth Chase regarding the subpoena. | 0.30 | 105.00 |
| 09/20/23 | EP | Review Court's Standing Discovery Order entered 9/20/23; Review Paperless Order striking Motion to Quash and instructing Plaintiff to contact magistrate to resolve discovery; Review paperless order denying Autonomy's Motion for Extension as moot; Telephone call and emails to and from magistrate's office in attempt to set hearing on Motion to Quash; Mulitple emails from and to Kenneth Chase, Esq. regarding recent orders entered by the court; Review proposed correspondence to magistrate; Emails to and from client regarding recent orders and strategy; Emails to and from City National regarding recent orders by the court | 2.20 | 770.00 |
| 09/21/23 | JL | Review and respond to Magistrate Judge's JA regarding availability for hearing. | 0.10 | 35.00 |
| 09/21/23 | JL | Review and revise Notice of Hearing per Magistrate Judge's Discovery Order. | 0.20 | 70.00 |
| 09/21/23 | EP | Draft Notice of Hearing with magistrate; Review email from Del Burgo to client; Forward copy of email to Chase; Review email from magistrate confirming hearing on Motion for Protective Order; Review Magistrate's paperless Notice of Hearing; Review email from Lewelly Kamin, Esq., counsel for City National, regarding subpoena; | 0.50 | 175.00 |
| 09/21/23 | EP | Review additional email from Del Burgo to client; Forward same to Chase | 0.10 | 35.00 |
| 09/22/23 | EP | Email to counsel for City National regarding filed Motion to Quash and/or for Protective Order | 0.10 | 35.00 |
| 09/25/23 | JL | Review string of latest communications between Del Burgo and Perland Title. | 0.20 | 70.00 |
| 09/25/23 | JL | Draft correspondence to Del Burgo in response to his latest email to Perland Title. | 0.30 | 105.00 |
| 09/25/23 | EP | Telephone conference with and emails to Joe Huss, Esq. regarding case in advance of mediation | 0.50 | 175.00 |
| 09/25/23 | EP | Email to Del Burgo regarding mediation | 0.10 | 35.00 |

Client Ref:     15543 - 002                                              October 1, 2023
Bill # 39339                                                                      Page 3

Professional Fees

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/26/23 | EP | Review zoom instructions provided by magistrate for hearing regarding subpoena | 0.10 | 35.00 |
| 09/28/23 | EP | Conference with Joe Huss, Esq. regarding case in preparation for mediation: Attendance at mediation; | 1.40 | 490.00 |
| 09/29/23 | EP | Review mediation report filed by Huss; Email to and from Huss requesting amendment to same to correctly reflect appearance of Plaintiff's counsel | 0.20 | 70.00 |

Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Ellen Patterson | 7.20 | 2,520.00 |
| Jezabel Lima | 4.30 | 1,505.00 |
| Total Fees | 11.50 | $4,025.00 |

Current Bill Total Amount Due                                          $4,025.00

Past Due Amount                                                          $17,161.65

Total Balance Due                                                        $21,186.65

# Please return this page with remittance

to
Levine Kellogg Lehman Schneider + Grossman LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131

Bill #            39339
Bill Date:        October 1, 2023
Client Code:      15543
Matter Code:      002
Matter Name:      Autonomy Investment

| | |
|---|---|
| Current Bill Total Amount Due | $4,025.00 |
| Past Due Amount | $17,161.65 |
| Total Balance Due | $21,186.65 |

Amount enclosed: _____

# Levine Kellogg Lehman Schneider + Grossman LLP

Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131
Tax ID No. 27-1712833

Tax I.D.: 27-1712833

Perland Title & Escrow Corp
C/O Judith M. Peraza
9100 S. Dadeland Blvd., Suite 500
Miami, FL 33156

November 1, 2023
Bill # 39340

Re:      15543-002
         Autonomy Investment

## Professional Fees

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/02/23 | EP | Review email from Chase, indicating Autonomy's withdrawal of subpoena to City National; Email to City National and client regarding same; | 0.20 | 70.00 |
| 10/02/23 | EP | Draft Notice of Cancellation of Hearing with Magistrate regarding Motion for Protective Order | 0.10 | 35.00 |
| 10/12/23 | EP | Review email from opposing counsel, as purported meet and confer on Autonomy's Motion for Default Judgment as to Counterclaim (motion not filed or attached) | 0.10 | 35.00 |
| 10/13/23 | EP | Emails from and to Chase regarding Plaintiff's anticipated Motion for Default Judgment on Crossclaim | 0.30 | 105.00 |
| 10/16/23 | JL | Review and analyze Autonomy's proposed Motion for Default against Ulla and multiple emails with Kenneth Chase regarding the Motion. | 0.30 | 105.00 |
| 10/16/23 | JL | Draft detailed meet and confer response to Kenneth Chase. | 0.30 | 105.00 |
| 10/16/23 | EP | Emails from and to Kenneth Chase, Esq. regarding response to Autonomy's Motion for Default Judgment on Crossclaim against Ulla | 0.30 | 105.00 |
| 10/16/23 | EP | Review Affidavit of Kenneth Chase in Support of Motion for Default Judgment on Crossclaim; Review Autonomy's proposed Order | 0.20 | 70.00 |
| 10/16/23 | EP | Review email from Chase to Judge's office regarding Autonomy's proposed Order on Motion for Final Default Judgment | 0.10 | 35.00 |

Client Ref:      15543 - 002                                      November 1, 2023
Bill # 39340                                                              Page 2

Professional Fees

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/16/23 | EP | Draft email to Judge regarding intend to file a response to Autonomy's Motion for Default Judgment for Crossclaim | 0.10 | 35.00 |
| 10/17/23 | JL | Review Kenneth Chase's email to the Court with proposed order and his filings regarding Autonomy's Motion for Default. | 0.30 | 105.00 |
| 10/17/23 | JL | Draft Response to Autonomy's Motion for Default against Ulla. | 0.80 | 280.00 |
| 10/17/23 | EP | Review and revise written Response to Autonomy's Motion for Judgment upon Default on Crossclaim against Ulla | 0.50 | 175.00 |
| 10/18/23 | EP | Email from and to client regarding status | 0.10 | 35.00 |
| 10/23/23 | EP | Draft Notice of 90 Days Expiring on Motion for Summary Judgment of Interpleader | 0.30 | 105.00 |
| 10/23/23 | EP | Review Autonomy's Reply to Perland Title's Response to Motion for Default Judgment on Crossclaim | 0.10 | 35.00 |
| 10/26/23 | EP | Review email from Del Burgo, claiming he is on his way to Florida | 0.10 | 35.00 |
| 10/27/23 | EP | Email from and to client regarding communication from Del Burgo | 0.10 | 35.00 |

Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Ellen Patterson | 2.60 | 910.00 |
| Jezabel Lima | 1.70 | 595.00 |
| Total Fees | 4.30 | $1,505.00 |

Costs

| Expenses | Amount |
|---|---|
| Postage | 1.26 |
| Mediation Fee | 0.00 |
| Total Costs | $1.26 |

Client Ref:     15543 - 002
Bill # 39340

November 1, 2023
Page 3

Current Bill Total Amount Due                          $1,506.26

Past Due Amount                                        $21,186.65

Total Balance Due                                      $22,692.91

# Please return this page with remittance

to
Levine Kellogg Lehman Schneider + Grossman LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131

Bill #             39340
Bill Date:          November 1, 2023
Client Code:       15543
Matter Code:       002
Matter Name:       Autonomy Investment

| | |
|---|---|
| Current Bill Total Amount Due | $1,506.26 |
| Past Due Amount | $21,186.65 |
| Total Balance Due | $22,692.91 |

Amount enclosed: _____

# Levine Kellogg Lehman Schneider + Grossman LLP

Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131
Tax ID No. 27-1712833

---

Tax I.D.: 27-1712833

Perland Title & Escrow Corp
C/O Judith M. Peraza
9100 S. Dadeland Blvd., Suite 500
Miami, FL 33156

December 1, 2023
Bill # 39341

Re:   15543-002
Autonomy Investment

## Professional Fees

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/08/23 | EP | Draft Notice of 90 Days Expiring on Motion for Leave to Amend Complaint | 0.10 | 35.00 |
| 11/16/23 | EP | Review Court's paperless order: (i) denying Autonomy's Motion for Default Judgment on Crossclaim without prejudice; (ii) denying Perland's Motion for Summary Judgment of Interpleader without prejudice; and (iii) granting Motion for Leave to file Amended Complaint; Email to client regarding court's ruling; Prepare Amended Complaint for filing; Draft Summons; , | 0.50 | 175.00 |
| 11/17/23 | JL | Review and analyze Judge's ruling and finalize amended complaint for efiling and attend to issuance of new subpoena for Ulla c/o Secretary of State. | 0.20 | 70.00 |
| 11/20/23 | EP | Prepare summons for Amended Complaint | 0.10 | 35.00 |
| 11/20/23 | EP | Process electric service of process of Ulla Holding with Secretary of State | 0.20 | 70.00 |
| 11/20/23 | EP | Review confirmation of acceptance of service of process from Secretary of State | 0.10 | 35.00 |
| 11/20/23 | EP | Draft Notice of Service of Process and prepare exhibits to same; Review and revise Affidavit in Support of Substitute Service; | 1.20 | 420.00 |
| 11/21/23 | JL | Review and analyze the Acknowledgment of Service and all attachment thereto, including Response Letter from Florida Secretary of State, in preparation for drafting notice letter to Del Burgo regarding service of process through the Florida Secretary of State. | 0.20 | 70.00 |

Client Ref:    15543 - 002
Bill # 39341

December 1, 2023
Page 2

### Professional Fees

|          | Atty | Description                                                                                     | Hours | Amount |
|----------|------|-------------------------------------------------------------------------------------------------|-------|--------|
| 11/21/23 | JL   | Draft notice letter to Del Burgo regarding service of process through the Florida Secretary of State. | 0.80  | 280.00 |
| 11/21/23 | JL   | Draft required affidavit pursuant to Fla. Stat. Sections 48.161 and 48.181.and compile all exhibits thereto. | 1.00  | 350.00 |
| 11/30/23 | EP   | Email from and to Stephen Byrnes regarding Autonomy's request for extension to respond to Amended Complaint | 0.10  | 35.00  |

### Fee Summary

| Name            | Hours | Amount     |
|-----------------|-------|------------|
| Ellen Patterson | 2.30  | 805.00     |
| Jezabel Lima    | 2.20  | 770.00     |
| Total Fees      | 4.50  | $1,575.00  |

### Costs

| Expenses    | Amount |
|-------------|--------|
| Postage     | 10.60  |
| Total Costs | $10.60 |

| Current Bill Total Amount Due | $1,585.60  |
|-------------------------------|------------|
| Past Due Amount               | $22,692.91 |
| Total Balance Due             | $24,278.51 |

# Please return this page with remittance

to

Levine Kellogg Lehman Schneider + Grossman LLP

Miami Tower

100 SE 2nd Street, 36th Floor

Miami, Florida 33131

Bill #             39341
Bill Date:          December 1, 2023
Client Code:        15543
Matter Code:        002
Matter Name:        Autonomy Investment

| | |
|---|---|
| Current Bill Total Amount Due | $1,585.60 |
| Past Due Amount | $22,692.91 |
| Total Balance Due | $24,278.51 |

Amount enclosed: _____

# Levine Kellogg Lehman Schneider + Grossman LLP

Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131
Tax ID No. 27-1712833

---

Tax I.D.: 27-1712833

Perland Title & Escrow Corp
C/O Judith M. Peraza
9100 S. Dadeland Blvd., Suite 500
Miami, FL 33156

January 1, 2024
Bill # 39342

Re:      15543-002
         Autonomy Investment

## Professional Fees

|          | Atty | Description                                                                                                   | Hours | Amount |
|----------|------|---------------------------------------------------------------------------------------------------------------|-------|--------|
| 12/01/23 | EP   | Review Autonomy's Motion for Extension to file Answer to Amended Complaint                                     | 0.10  | 35.00  |
| 12/01/23 | EP   | Review order entered granting Autonomy's Motion for Extension                                                  | 0.10  | 35.00  |
| 12/04/23 | EP   | Draft Proof of Service of Process of Amended Complaint on Defendant, Ulla Holding, Inc. and exhibits to same;  | 1.00  | 350.00 |
| 12/11/23 | EP   | Review Return Receipt for correspondence to Ulla                                                               | 0.10  | 35.00  |
| 12/11/23 | EP   | Review Answer and Affirmative Defenses filed by Autonomy to Amended Complaint                                  | 0.10  | 35.00  |
| 12/13/23 | EP   | Review and revise proposed Motion for Default against Ulla                                                     | 0.10  | 35.00  |
| 12/13/23 | EP   | Review electronic order of default against Ulla                                                                | 0.10  | 35.00  |
| 12/13/23 | JL   | Edit, proofread and finalize Motion.                                                                          | 0.20  | 70.00  |
| 12/13/23 | JL   | Draft Motion for Default against Ulla.                                                                         | 0.60  | 210.00 |
| 12/13/23 | JL   | Review and analyze docket and filings pertaining to substitute service on Ulla in preparation for drafting Motion for Default against Ulla. | 0.80  | 280.00 |
| 12/22/23 | JL   | Begin to draft revised statement of material facts to be filed in connection with renewed summary judgment motion. | 1.00  | 350.00 |

Client Ref:    15543 - 002                                      January 1, 2024
Bill # 39342                                                             Page 2

### Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Ellen Patterson | 1.60 | 560.00 |
| Jezabel Lima | 2.60 | 910.00 |
| Total Fees | 4.20 | $1,470.00 |

### Costs

| Expenses | Amount |
|----------|--------|
| Postage | 3.42 |
| Total Costs | $3.42 |

| | |
|---|---|
| Current Bill Total Amount Due | $1,473.42 |
| Past Due Amount | $32,452.97 |
| Total Balance Due | $33,926.39 |

# Please return this page with remittance

to
Levine Kellogg Lehman Schneider + Grossman LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131

Bill #            39342
Bill Date:        January 1, 2024
Client Code:      15543
Matter Code:      002
Matter Name:      Autonomy Investment

| | |
|---|---:|
| Current Bill Total Amount Due | $1,473.42 |
| Past Due Amount | $32,452.97 |
| Total Balance Due | $33,926.39 |

Amount enclosed: _____

# Levine Kellogg Lehman Schneider + Grossman LLP

Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131
Tax ID No. 27-1712833

---

Tax I.D.: 27-1712833

Perland Title & Escrow Corp
C/O Judith M. Peraza
9100 S. Dadeland Blvd., Suite 500
Miami, FL 33156

February 1, 2024
Bill # 39343

Re:      15543-002
         Autonomy Investment

### Professional Fees

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/02/24 | EP | Review and revise Renewed Motion for Summary Judgment of Interpleader Order; Review and Revise Renewed Statement of Material Facts in Support of Motion; | 0.80 | 280.00 |
| 01/02/24 | JL | Continue to draft revised statement of material facts to be filed in connection with renewed summary judgment motion. | 0.50 | 175.00 |
| 01/02/24 | JL | Draft renewed summary judgment motion. | 1.00 | 350.00 |
| 01/02/24 | JL | Edit, proofread and finalize motion for summary judgment and statement of material facts. | 0.50 | 175.00 |
| 01/10/24 | EP | Review email from Kenneth Chase, Esq. regarding intent to file Motion for Sanctions | 0.10 | 35.00 |
| 01/11/24 | EP | Draft email response to Kenneth Chase, Esq. | 0.20 | 70.00 |
| 01/11/24 | EP | Review additional emails from Chase | 0.10 | 35.00 |
| 01/11/24 | EP | Research and review case law in support of claim for fees and costs | 0.50 | 175.00 |
| 01/11/24 | EP | Draft email to client regarding status and communications from opposing counsel | 0.20 | 70.00 |
| 01/12/24 | EP | Additional emails from and to Kenneth Chase, Esq. | 0.40 | 140.00 |
| 01/12/24 | EP | Review eorder referring case to magistrate for dispositive motions and trial | 0.10 | 35.00 |
| 01/16/24 | EP | Review paperless order resetting/confirming calendar call and trial with magistrate | 0.10 | 35.00 |

Client Ref:     15543 - 002                                                February 1, 2024
Bill # 39343                                                                        Page 2

Professional Fees

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/18/24 | EP | Review Autonomy's Response in Opposition to Renewed Motion for Summary Judgment; Review Autonomy's Statement of Material Facts in Opposition to Renewed Motion for Summary Judgment; | 0.60 | 210.00 |
| 01/19/24 | EP | Email to and from and telephone conference with Plaintiff regarding status | 0.30 | 105.00 |
| 01/19/24 | EP | Multiple emails from and to Kenneth Chase, Esq., counsel for Autonomy, regarding his demand for disbursement of deposit | 0.70 | 245.00 |
| 01/24/24 | EP | Review and revise proposed Reply to Autonomy's Response in Opposition to Renewed Motion for Summary Judgment; Review and revise proposed Reply to Autonomy's Additional Facts; Review proposed Request for Oral Argument; Additional emails from and to Mr. Chase; | 1.00 | 350.00 |
| 01/24/24 | EP | Email to client regarding recent pleadings | 0.10 | 35.00 |
| 01/24/24 | JL | Compare and contrast Autonomy's prior response to our MSJ with the new response to our Renewed MSJ and draft Reply in support of MSJ. | 2.10 | 735.00 |
| 01/24/24 | JL | Compare and contrast Autonomy's prior response to our Statement of Facts with the new response to our Statement of Facts and draft Reply Statement of Facts. | 1.20 | 420.00 |
| 01/24/24 | JL | Draft Motion for Oral Argument. | 0.30 | 105.00 |
| 01/25/24 | EP | Review proposed forms of final judgment of interpleader | 0.20 | 70.00 |

Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Ellen Patterson | 5.40 | 1,890.00 |
| Jezabel Lima | 5.60 | 1,960.00 |
| Total Fees | 11.00 | $3,850.00 |

Costs

| Expenses | Amount |
|----------|--------|
| Postage | 1.87 |
| Pacer | 22.00 |
| Total Costs | $23.87 |

Client Ref:    15543 - 002
Bill # 39343

February 1, 2024
Page 3

| | |
|---|---|
| Current Bill Total Amount Due | $3,873.87 |
| Past Due Amount | $25,751.93 |
| Total Balance Due | $29,625.80 |

# Please return this page with remittance

to
Levine Kellogg Lehman Schneider + Grossman LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131

Bill #            39343
Bill Date:        February 1, 2024
Client Code:      15543
Matter Code:      002
Matter Name:      Autonomy Investment

|  |  |
|---|---|
| Current Bill Total Amount Due | $3,873.87 |
| Past Due Amount | $25,751.93 |
| Total Balance Due | $29,625.80 |

Amount enclosed: _____

# Levine Kellogg Lehman Schneider + Grossman LLP

Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131
Tax ID No. 27-1712833

---

Tax I.D.: 27-1712833

Perland Title & Escrow Corp
C/O Judith M. Peraza
9100 S. Dadeland Blvd., Suite 500
Miami, FL 33156

March 1, 2024
Bill # 39344

Re:      15543-002
         Autonomy Investment

## Professional Fees

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/01/24 | EP | Review Paperless Order granting Motion for Hearing on Renewed Motion for Summary Judgment Interpleader Order | 0.10 | 35.00 |
| 02/01/24 | EP | Email to client regarding summary judgment hearing | 0.10 | 35.00 |
| 02/01/24 | EP | Email to Dulburgo regarding summary judgment hearing | 0.10 | 35.00 |
| 02/02/24 | EP | Review paperless order changing time for summary judgment hearing | 0.10 | 35.00 |
| 02/02/24 | EP | Draft Notice of Hearing | 0.10 | 35.00 |
| 02/06/24 | EP | Draft email to Chase regarding proposal for Joint Motion to Continue certain pre-trial deadlines | 0.10 | 35.00 |
| 02/07/24 | EP | Multiple emails from and to Kenneth Chase, Esq. regarding proposal to postpone pre-trial deadlines | 0.40 | 140.00 |
| 02/08/24 | EP | Commence draft of proposed Motion to Extend Certain Pre-Trial Deadlines | 1.00 | 350.00 |
| 02/09/24 | EP | Additional email to Kenneth Chase, Esq. regarding proposed Motion to Extension Certain Pre-Trial Deadlines | 0.10 | 35.00 |
| 02/09/24 | EP | Commence preparation for hearing on Motion for Summary Judgment | 1.50 | 525.00 |
| 02/12/24 | EP | Review email from Kenneth Chase, Esq. confirming Autonomy's opposition to Motion to Extend Certain Pre-Trial Deadlines | 0.10 | 35.00 |
| 02/12/24 | EP | Finalize draft of Motion to Extend Certain Pre-Trial Deadline; | 0.30 | 105.00 |

Client Ref:      15543 - 002                                                     March 1, 2024
Bill # 39344                                                                         Page 2

Professional Fees

|          | Atty | Description                                                                                                                          | Hours | Amount |
|----------|------|--------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 02/12/24 | EP   | Continued preparation for in-person Summary Judgment hearing                                                                          | 1.50  | 525.00 |
| 02/16/24 | EP   | Prepare case law for in-person summary judgment hearing                                                                              | 1.00  | 350.00 |
| 02/19/24 | EP   | Emails to and from and telephone calls to Federal Court Reporter's office regarding recording of hearing                             | 0.30  | 105.00 |
| 02/19/24 | EP   | Prepare chronology                                                                                                                    | 0.70  | 245.00 |
| 02/20/24 | EP   | Travel to and from and attendance at in-person hearing on Renewed Motion for Entry of Summary Judgment Interpleader Order; Email to client regarding hearing | 2.30  | 805.00 |
| 02/20/24 | EP   | Review paperless order of minutes from summary judgment hearing                                                                      | 0.10  | 35.00  |
| 02/27/24 | EP   | Draft proposed Second Motion to Extend Certain Pre-Trial Deadlines; Email to and from Mr. Chase regarding proposed Motion            | 1.00  | 350.00 |

Fee Summary

| Name            | Hours | Amount   |
|-----------------|-------|----------|
| Ellen Patterson | 10.90 | 3,815.00 |
| Total Fees      | 10.90 | $3,815.00 |

Costs

| Expenses          | Amount |
|-------------------|--------|
| Postage           | 1.28   |
| Westlaw Research  | 45.45  |
| Total Costs       | $46.73 |

| | |
|---|---|
| Current Bill Total Amount Due | $3,861.73 |
| Past Due Amount | $29,625.80 |
| Total Balance Due | $33,487.53 |

# Please return this page with remittance

to
Levine Kellogg Lehman Schneider + Grossman LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131

Bill #          39344
Bill Date:      March 1, 2024
Client Code:    15543
Matter Code:    002
Matter Name:    Autonomy Investment

| | |
|---|---|
| Current Bill Total Amount Due | $3,861.73 |
| Past Due Amount | $29,625.80 |
| Total Balance Due | $33,487.53 |

Amount enclosed: _____

# Levine Kellogg Lehman Schneider + Grossman LLP

Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131
Tax ID No. 27-1712833

Tax I.D.: 27-1712833

Perland Title & Escrow Corp
C/O Judith M. Peraza
9100 S. Dadeland Blvd., Suite 500
Miami, FL 33156

April 1, 2024
Bill # 39346

Re:     15543-002
        Autonomy Investment

## Professional Fees

|         | Atty | Description | Hours | Amount |
|---------|------|-------------|-------|--------|
| 03/05/24 | EP | Review paperless order entered granting Motion for Extension of Time to Extend Certain Pre-Trial Deadlines by 45 Days | 0.10 | 35.00 |
| 03/06/24 | EP | Draft proposed Motion to Continue Trial; Email to and from opposing counsel regarding same | 0.50 | 175.00 |
| 03/06/24 | EP | Telephone conference with client regarding status | 0.10 | 35.00 |
| 03/15/24 | EP | Draft proposed Order granting Motion to Postpone Trial | 0.10 | 35.00 |
| 03/19/24 | EP | Review Order entered granting Motion to Continue Trial and Staying Case; Email to and from client regarding same; | 0.30 | 105.00 |
| 03/21/24 | EP | Review Paperless Order entered closing case pursuant to order instituting stay | 0.10 | 35.00 |

## Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Ellen Patterson | 1.20 | 420.00 |
| Total Fees | 1.20 | $420.00 |

## Costs

| Expenses | Amount |
|----------|--------|
| Westlaw Research | 18.86 |
| Total Costs | $18.86 |

Client Ref:     15543 - 002                              April 1, 2024
Bill # 39346                                                   Page 2

Current Bill Total Amount Due                          $438.86

Past Due Amount                                     $33,487.53

Total Balance Due                                   $33,926.39

# Please return this page with remittance

to
Levine Kellogg Lehman Schneider + Grossman LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, Florida 33131

Bill #            39346
Bill Date:        April 1, 2024
Client Code:      15543
Matter Code:      002
Matter Name:      Autonomy Investment

| | |
|---|---:|
| Current Bill Total Amount Due | $438.86 |
| Past Due Amount | $33,487.53 |
| Total Balance Due | $33,926.39 |

Amount enclosed: _____